UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ARISTA RECORDS, INC., *et al.*,                  :
                                                 :
                    Plaintiffs,                  :     **ORDER ADOPTING REPORT**
                                                 :     **AND RECOMMENDATION**
            -against-                            :     05-CV-3634 (DLI) (MDG)
                                                 :
DALABA COLOR COPY CENTER, INC., *et al.* , :
                                                 :
                    Defendants.                  :
-------------------------------------------------------------x

**DORA L. IRIZARRY, United States District Judge:**

It appears that no objections have been filed to the Report and Recommendation of the Honorable Marilyn D. Go, U.S.M.J., dated July 31, 2008; and,

Upon due consideration, the Report and Recommendation is hereby adopted in full. Accordingly, it is hereby

ORDERED that the answer of defendants Barry Boubacar and Barry's Beauty Supplies, Inc. is stricken. It is further hereby

ORDERED that default judgment be entered against defendants Barry Boubacar and Barry's Beauty Supplies, Inc. by the Clerk of the Court.

SO ORDERED.

DATED:   Brooklyn, New York
         August 20, 2008

                                          _____/s/_____
                                               DORA L. IRIZARRY
                                            United States District Judge